# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

**LUVELL WEST**
    Petitioner

v.                                                                                                                                                                     **No. 5:08CV-00199-R**

**J. DAVID DONAHUE, Warden**
    Respondent

## ORDER AND JUDGMENT

This matter is before the court upon the petition for writ of habeas corpus filed by the petitioner pursuant to 28 U.S.C. § 2254. The magistrate judge has recommended that the petition be denied. The court has conducted a _de novo_ review of the magistrate judge's report in light of the objections thereto and the record as a whole. The court has determined that the magistrate judge's report should be adopted in full.

It is therefore ORDERED as follows:

1. The petition for writ of habeas corpus is DENIED.

2. The petitioner is DENIED a certificate of appealability pursuant to 28 U.S.C. § 2253(c) in light of the analysis of each issue contained in the magistrate judge's report.

3. The petitioner is DENIED leave to appeal to the Court of Appeals _in forma pauperis_ pursuant to 28 U.S.C. § 1915(a) because such appeal would be frivolous and not be taken in good faith.

4. The petitioner shall direct any further request for a certificate of appealability or for appeal _in forma pauperis_ to a judge of the United States Court of Appeals for the Sixth Circuit pursuant to the requirements of Fed.R.App.P. 22(b) and 24, respectively.

5. This is a final and appealable order, and there is no just cause for delay.